FILED
CLERK, U.S. DISTRICT COURT

FEB 21, 2014
CENTRAL DISTRICT OF CALIFORNIA
BY: ___PMC___ DEPUTY

IN THE UNITED STATES DISTRICT COURT

FOR THE CENTRAL DISTRICT OF CALIFORNIA

RICK VILLINES

  Plaintiff

vs.

ALTEC INDUSTRIES, INC. and DOES 1 through 30, Inclusive

  Defendants.

Case No. 2:14-cv-00390-SVW-JC

[PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE

JS-6

Pursuant to Federal Rule of Civil Procedure 41(a)(1)(A)(ii), THE PARTIES jointly stipulate to a voluntary dismissal of this action without prejudice.

Pursuant to the Stipulation for Dismissal submitted by the parties, IT IS HEREBY ORDERED that the above-entitled matter is hereby dismissed in its entirety without prejudice.

DATED: Feb 21, 2014

_____
HONORABLE ~~STEVEN V. WILSON~~
District Judge STEPHEN V. WILSON

ALTEC 4549\PLEADINGS\Proposed Order-dismissal

1

[PROPOSED] ORDER RE DISMISSAL WITHOUT PREJUDICE